Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 18−11269−KCF
          Chapter: 13
          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin J. Murphy
   2430 Sycamore Street
   Manasquan, NJ 08736

Social Security No.:
   xxx−xx−4410

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/19/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 19, 2018
JAN: slf

                                                        Jeanne Naughton
                                                        Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 18-11269-KCF
Kevin J. Murphy                                                         Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 2                   Date Rcvd: Sep 19, 2018
                              Form ID: 148               Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db             #+Kevin J. Murphy,    2430 Sycamore Street,    Manasquan, NJ 08736-1719
r               Exit Realty Jersey Shore,    2029 Route 37 East,    Toms River, NJ 08753
cr             +THE BANK OF NEW YORK MELLON,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave, Suite 100,    Boca Raton, Fl 33487-2853
517289526      +Atlantic Medical Imaging, LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
517289531      +Nationstar Mortgage,    c/o KML Law Group,    430 Mountain Avenue,    Suite 200,
                 New Providence, NJ 07974-2731
517430471      +Nationstar Mortgage, LLC d/b/a Mr. Cooper,    Attn: Bankruptcy Dept,    PO Box 619096,
                 Dallas, TX 75261-9096
517346161     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
517289532      +Squan Family Dentistry,    c/o Trojan Professional Services,    4410 Cerritos Avenue,
                 Los Alamitos, CA 90720-2549
517289533      +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2018 00:13:58     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2018 00:13:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517289524       EDI: GMACFS.COM Sep 20 2018 03:38:00      Ally,    PO Box 380902,    Minneapolis, MN 55438-0902
517315324       EDI: GMACFS.COM Sep 20 2018 03:38:00      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517289525       EDI: RESURGENT.COM Sep 20 2018 03:38:00      Ashley Funding Services, LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517415353       EDI: RESURGENT.COM Sep 20 2018 03:38:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517289527      +EDI: PRA.COM Sep 20 2018 03:38:00      Capital One, N.A.,
                 c/o Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541-0914
517289528      +EDI: IRS.COM Sep 20 2018 03:38:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517289530      +EDI: TSYS2.COM Sep 20 2018 03:38:00      Macys,    c/o NCO Financial Systems, Inc.,    PO Box 4275,
                 Norcross, GA 30091-4275
517369675       EDI: PRA.COM Sep 20 2018 03:38:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
517324025      +E-mail/Text: clerk@townshipofwall.com Sep 20 2018 00:15:12      Township of Wall,
                 Attn: K Verdolina,    2700 Allaire Rd.,    Wall, NJ 07719-9570
517289535      +E-mail/Text: clerk@townshipofwall.com Sep 20 2018 00:15:12      Township of Wall,
                 Water/Sewer Department,    PO Box 1168,    Belmar, NJ 07719-1168
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +The Bank of New York Mellon,    Robertson, Anschutz & Schneid P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
517289529*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517289534*     +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Sep 19, 2018
                              Form ID: 148             Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:

```
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
           as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA7
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Eugene D. Roth    on behalf of Debtor Kevin J. Murphy erothesq@gmail.com
          Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
           as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA7 bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
           YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA7
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```